**Order entered April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01223-CV

**ONCOR ELECTRIC DELIVERY COMPANY LLC, Appellant**

**V.**

**SOUTHERN FOODS GROUP LLC D/B/A SCHEPPS DAIRY, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-07222-K**

## ORDER

The Court has before it appellee's April 12, 2013 second agreed motion for extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by May 22, 2013. No further extensions will be granted absent a showing of exceptional circumstances.


/s/     ELIZABETH LANG-MIERS
          JUSTICE